**FILED**

SEP 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARIA JOHNSON, as an individual and on behalf of all others similarly situated, and as a private attorney general,

        Plaintiff - Appellant,

v.

LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company,

        Defendant - Appellee.

No. 22-16486

D.C. No. 2:21-cv-00087-TLN-JDP
U.S. District Court for Eastern California, Sacramento

**ORDER**

The letter brief submitted on September 8, 2023 by Maria Johnson is filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT